FALBO v. KNOX.

No. 12015.

Circuit Court of Appeals, Fifth Circuit.

Dec. 4, 1947.

Charles F. Guenther, Jr., and R. G. Harris, both of San Antonio, Tex., for appellant.

Richard Critz, of Austin, Tex., for appellee.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

Appellant's reliance on Davison–Paxon Co. v. Caldwell, 5 Cir., 115 F.2d 189, will not do. On the authority of Local Loan Co. v. Hunt, 292 U.S. 234, 54 S.Ct. 695, 78 L.Ed. 1230, 93 A.L.R. 195, jurisdiction was invoked and sustained there on the ground that " * * * because of the settled but erroneous state of the decisions in Georgia, plaintiff had been compelled to invoke the jurisdiction of the bankruptcy court."

The judgment was right. It is affirmed.